COURT OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-09-172-CV

 

 

IN RE MOSTAFA ARAM
AZADPOUR                                          RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and motion for emergency relief and is of the
opinion that all relief should be denied. 
Accordingly, relator=s petition
for writ of mandamus and motion for emergency relief are denied.

Relator shall pay all
costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
WALKER, GARDNER, and MCCOY, JJ.

 

DELIVERED: June 8, 2009











     [1]See
Tex. R. App. P. 47.1.